**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| PAUL FORD | * |
| Plaintiff | * |
| v. | *   CASE NO: 1:11-cv-00298(ESH) |
| PROGRESSIVE FINANCIAL SERVICES | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties agree that all claims as between Plaintiff Paul Ford and Defendant Progressive Financial Services are dismissed with prejudice with each party bearing its own costs, expenses, and attorneys fees.

Respectfully submitted,

**/s/ Justin M. Flint**
_____
Justin M. Flint (#491782)
Eccleston & Wolf, PC
1629 K Street, NW
Suite 260
Washington, DC 20006
Tel: (202) 857-1696
Fax: (202) 867-0762
flint@ewdc.com
*Counsel for Defendant Progressive Financial Services*

And

**/s/ Jody B. Burton**
_____
Jody B. Burton, Esq.
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Tel: (203) 653-2250
Fax: (877) 795-3666
jburton@lemberglaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of June 2011, a copy of the foregoing Stipulation of Dismissal with Prejudice was mailed first class, postage prepaid, to:

Jody B. Burton, Esq.
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666
jburton@lemberglaw.com
*Counsel for Plaintiff*

**/s/ Justin M. Flint**
_____
Justin M. Flint